UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
MIDLAND/ODESSA DIVISION

| | | |
|---|---|---|
| JOSH BRADBURY, SHELDON SIDES, TRACY EVERETT, CYNTHIA BROADWAY, JOSH BROADWAY, and JEREMY BERRY, individually and on behalf of all others similarly situated; *Plaintiffs*, | § § § § § § § | |
| v. | § § | No. MO:18-CV-00036-DC |
| TRANSGLOBAL SERVICES, LLC, JOHN RATLIFF, and JEFFERY COLWELL, *Defendants*. | § § § § § | |

## ORDER AUTHORIZING NOTICE TO CLASS MEMBERS

BEFORE THE COURT is Plaintiffs Sheldon Sides, Jeremy Berry, Barry Joe Goldsworthy, Richard Kendall Poe, Sergio Gutierrez, Sergio Gutierrez II, Chris Gutierrez, Robert Teneyuca, and Ricardo Cortez's, individually and on behalf of all others similarly situated, and Defendants Transglobal Services, LLC, John Ratliff, and Jeffery Colwell's Joint Notice of Filing of Joint Revised Proposed Notice (Joint Notice). (Doc. 34). The Court previously granted Plaintiffs' Motion for Conditional Certification. (Doc. 33). Pursuant to the Court's Order, the parties filed this Joint Notice. (Doc. 34). After a review of the Joint Notice, the Court finds that it complies with the Court's previous order and relevant case law. *Id.*

According, the Court **APPROVES** the Joint Notice. (Doc. 34). Plaintiffs' Counsel may send the Joint Notice to the putative class members as directed in the Court's Conditional Certification Order. (Doc. 33).

It is so **ORDERED**.

SIGNED this 20th day of June, 2018.

_____
DAVID COUNTS
UNITED STATES DISTRICT JUDGE