## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
## MIDLAND/ODESSA DIVISION

| | | |
|---|---|---|
| JOSH BRADBURY, SHELDON SIDES, TRACY EVERETT, CYNTHIA BROADWAY, JOSH BROADWAY, and JEREMY BERRY, Individually and on Behalf of all Others Similarly Situated;<br>*Plaintiffs*,<br><br>v.<br><br>TRANSGLOBAL SERVICES, LLC, JOHN RATLIFF, and JEFFERY COLWELL,<br>*Defendants*. | §§§§§§§§§§§§§§ | No. MO:18-CV-00036-DC |

## **Partial Judgment**

BEFORE THE COURT is Plaintiffs Tracy Everett, Josh Broadway, Cynthia Broadway, and Tyler Poe's Unopposed Motion for Entry of Partial Judgment Under Rule 68. (Doc. 54). After due consideration, the Court **GRANTS** Plaintiffs' Unopposed Motion and enters the following partial judgment. *Id.*

On May 17, 2018, Defendants Transglobal Services, LLC, Jeffery Colwell, and John Ratliff served on Plaintiffs in this action an Offer of Judgment to be taken against Defendants in the amounts specified below. (Doc. 25-1). On May 30, 2018, Plaintiffs Tracy Everett, Josh Broadway, Cynthia Broadway, and Tyler Poe served on Defendants their notice of acceptance of the offer to allow judgment to be taken against Defendants as follows:

**Tracy Everett: $5,200.00;**

**Josh Broadway: $36,247.50;**

**Cynthia Broadway: $28,120.00; and**

**Tyler Poe: $20,955.00.**

(Doc. 25-2). The Parties also agree that Defendants shall pay costs accrued to date and reasonable attorney fees accrued to date associated with the claims of Tracy Everett, Josh Broadway, Cynthia Broadway, and Tyler Poe. *Id.* Plaintiffs Jeremy Berry and Sheldon Sides do not accept and specifically reject the amounts offered to them in the May 17, 2018 Offer of Judgment and will continue to pursue their claims in this case, individually and on behalf of others similarly situated.

Pursuant to Federal Rule of Civil Procedure 68, the Court hereby enters partial judgment with respect to the claims asserted by Tracy Everett, Josh Broadway, Cynthia Broadway, and Tyler Poe in this case.

It is therefore **ORDERED** that Plaintiff Tracy Everett recover from Defendants the sum of $5,200.00.

It is further **ORDERED** that Plaintiff Josh Broadway recover from Defendants the sum of $36,247.50.

It is further **ORDERED** that Cynthia Broadway recover from Defendants the sum of $28,120.00.

It is further **ORDERED** that Plaintiff Tyler Poe recover from Defendants the sum of $20,955.00.

It is finally **ORDERED** that Defendants pay the reasonable costs and reasonable attorney fees of Plaintiffs Tracy Everett, Josh Broadway, Cynthia Broadway, and Tyler Poe accrued to date. The Parties agree and stipulate that such costs and fees will be assessed, either by

agreement by the parties or, if necessary, in an amount to be determined by the Court, following the resolution of the remaining claims in this case.

    It is so **ORDERED**.

    SIGNED this 30th day of July, 2018.

                                           DAVID COUNTS
                                           UNITED STATES DISTRICT JUDGE