IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND/ODESSA DIVISION

| | | |
|---|---|---|
| **SHELDON SIDES, JEREMY BERRY, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED;**<br>*Plaintiffs*<br><br>**-vs-**<br><br>**TRANSGLOBAL SERVICES, LLC, JOHN RATLIFF, JEFFERY COLWELL,**<br>*Defendants* | § § § § § § § § § § § § § | **MO-18-CV-00036-DC** |

# **ORDER**

BEFORE THE COURT is Plaintiffs' and Defendants' Joint Stipulation and Proposed Order consistent with the Court's June 16, 2018, Order Granting Plaintiffs' Motion for Conditional Certification.  Pursuant to that Order and the parties' stipulation, it is hereby

**ORDERED** that Plaintiffs' counsel, or anyone acting on his behalf, shall only telephone a potential class member in the event that Plaintiffs' initial Notice to such potential class member has been returned by the U.S. Postal Service as undeliverable or the corresponding e-mail bounced back as undeliverable.  In such a case, Plaintiffs' counsel may telephone such potential class member and shall state only as follows:

> "My name is Josh Borsellino.  I am an attorney who represents workers in a lawsuit seeking unpaid overtime that was filed against Transglobal Services.  I have been ordered by the federal court in Midland to send documents to members of the proposed class of workers, and I need to verify your mailing address and e-mail address to send these documents to you.  The mailing address and e-mail address that I was provided by Transglobal for you are:_____.  Are these correct?"

In the event the potential class member asks for more information, Plaintiffs' counsel shall inform such potential class member that, at this time, Plaintiffs' counsel is not at liberty to discuss the case further, but may be contacted in the future in the event the potential class member elects to join the lawsuit.

It is so **ORDERED**.

SIGNED this 1st day of August, 2018.

DAVID COUNTS
UNITED STATES DISTRICT JUDGE